gregorypabloind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC 13 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00116 |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **DEALING IN FIREARMS**<br>[18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D)]<br>(COUNTS I to IV)<br>**POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. §§ 841(a)(1) & 2]<br>(COUNT V)<br>**USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE**<br>[18 U.S.C. §§ 924(c)(1)(A)(i) & 2]<br>(COUNT VI)<br>**POSSESSION OF A MACHINEGUN**<br>[18 U.S.C. §§ 922(o)(1) & 924(a)(2)]<br>(COUNT VII) |
| GREGORY JACOB PABLO, | |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

## COUNT I - DEALING IN FIREARMS

1. On or about the 19th day of September, 2003, in the District of Guam, the defendant, GREGORY J. PABLO, wilfully engaged in the business of dealing in firearms without a license, to wit: defendant GREGORY J. PABLO sold a Ruger, Mini-14 rifle, caliber .223, serial number 184-04566 without a license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT II - DEALING IN FIREARMS

2. On or about the 24th day of September, 2003, in the District of Guam, the defendant, GREGORY J. PABLO, wilfully engaged in the business of dealing in firearms without a license, to wit: defendant GREGORY J. PABLO sold a Norinco MAK 90 rifle, caliber 7.62 x 39, serial number 17869 without a license, in violation of Title18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT III - DEALING IN FIREARMS

3. On or about the 21st day of October, 2003, in the District of Guam, the defendant, GREGORY J. PABLO, wilfully engaged in the business of dealing in firearms without a license, to wit: defendant GREGORY J. PABLO sold a Lorcin pistol, model L22, caliber .22, serial number B00795 without a license, in violation of Title18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT IV - DEALING IN FIREARMS

4. On or about the 23rd day of October, 2003, in the District of Guam, the defendant, GREGORY J. PABLO, wilfully engaged in the business of dealing in firearms without a license, to wit: defendant GREGORY J. PABLO sold a Cobray shotgun, model Street Sweeper, 12 gauge, serial number 6572, and defendant sold a Universal Rifle, model U.S. Carbine, .30 caliber, serial number 65274 without a license, in violation of Title18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT V - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

5. On or about September 24, 2003, in the District of Guam, the defendant herein, GREGORY J. PABLO, did unlawfully and knowingly possess with intent to distribute 5 grams, net weight, of methamphetamine hydrochloride, also known as "ice," a Schedule II controlled substance, in violation of Title 21 United States Code, Sections 841(a)(1) and 2.

## COUNT VI - USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE

The Grand Jury realleges, adopts, and incorporates by reference herein, the allegations contained in paragraphs 1 through 5 as if fully set forth herein.

6. On or about the 24th day of September, 2003, in the District of Guam, the defendant GREGORY J. PABLO, unlawfully, knowingly, and wilfully, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely possession of methamphetamine with intent to distribute as charged in Count V of this Indictment, used and carried a firearm, specifically described as a Nornico brand MAK 90 7.62x39 caliber rifle, and in furtherance of such crimes, possessed such firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT VII - POSSESSION OF A MACHINEGUN

7. On or about the 23rd day of October, 2003, in the District of Guam and elsewhere, the defendant, GREGORY J. PABLO, did unlawfully and knowingly possess a machine gun, to wit: a Universal U.S. Caliber .30 M1 Carbine, modified, serial number 65274, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

DATED this 13th day of December 2006.

A TRUE BILL.

IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney