# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00116**

Same Defendant _____ New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name _____GREGORY JACOB PABLO_____

Alias Name _____

Address _____

_____Mongmong, Guam_____

Birthdate XX/XX/1969   SS# XXX-XX0-2777   Sex __M__   Race __PI__   Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA _____Rosetta San Nicolas_____

Interpreter: __X__ No ____ Yes   List language and/or dialect: _____

**RECEIVED DEC 13 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __7__   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 922a1A & 924a1D | Dealing In Firearms | 1 - 4 |
| Set 2 | 21 USC 841a1 & 2 | Possession of Methamphetamine With Intent to Distribute | 5 |
| Set 3 | 18 USC 924c1Ai & 2 | Using and Carrying a Firearm During a Crime of Violence | 6 |
| Set 4 | 18 USC 922o1 & 924a2 | Possession of a Machinegun | 7 |

(May be continued on reverse)

Date: _____   Signature of AUSA: _____[signature]_____