# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00116-001　　　　　　　　　DATE: December 15, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present　　　　　　　Court Reporter: None Present
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 11:19:20 - 11:29:29
CSO: B. Pereda / J. Lizama

**APPEARANCES:**
Defendant: Gregory Jacob Pablo　　　　　　Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent: Hoang Nguyen, A.T.F.
U.S. Probation: Maria Cruz　　　　　　　　U.S. Marshal: C. Marquez
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance re Indictment and Arraignment**
- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty.
- Trial set for: February 8, 2007 at 9:30 a.m.
- Detention hearing requested by Defendant is set for December 20, 2006 at 1:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention.

NOTES: