RECEIVED
DEC 13 2006
US MARSHALS SERVICE-GUAM

%AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

District of _____ GUAM _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: CR-06-00116 |
| **GREGORY JACOB PABLO** | |

FILED
DISTRICT COURT OF GUAM
JAN 19 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **GREGORY JACOB PABLO** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D) - DEALING IN FIREARMS (COUNTS I THRU IV)
21 U.S.C. §§ 841(a)(1) & 2 - POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE - (COUNT V)
18 U.S.C. §§ 924(c)(1)(A)(i) & 2- USING AND CARRYING A FIREARM DURING A CRIME OF VIOLENCE (COUNT VI)
18 U.S.C. §§ 922( o)(1) & 924(a)(2) - POSSESSION OF A MACHINEGUN - (COUNT VII)

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| **VIRGINIA T. KILGORE** | /s/ Virginia T. Kilgore |
| Name of Issuing Officer | Signature of Issuing Officer |
| **DEPUTY CLERK** | **DECEMBER 13, 2006, HAGATNA, GUAM** |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 12/13/06 DATE OF ARREST 12/14/06 | NAME AND TITLE OF ARRESTING OFFICER Hoang Nguyen S/A | SIGNATURE OF ARRESTING OFFICER Hoang M. Nguyen S/A |
|---|---|---|

ORIGINAL

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____