
JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
GREGORY JACOB PABLO

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 06-00116 |
|---|---|
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE |
| | ) REPORT; CERTIFICATE OF SERVICE |
| vs. | ) |
| GREGORY JACOB PABLO, | ) |
| Defendant. | ) |

Defendant, GREGORY JACOB PABLO, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report.

DATED: Mongmong, Guam, March 23, 2007.

JOHN T. GORMAN
Attorney for Defendant
GREGORY JACOB PABLO

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on March 23, 2007:

ROSETTA SAN NICOLAS
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

CARLEEN BORJA
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, March 23, 2007.

RENATE A. DOEHL
Legal Secretary to

JOHN T. GORMAN
Attorney for Defendant
GREGORY JACOB PABLO