**IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 06-00116-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **INFORMATIONAL REPORT** |
| vs. | ) | |
| | ) | |
| GREGORY JACOB PABLO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:   Violation of Pretrial Release Conditions;  No Action Requested**

      On December 15, 2006, Gregory Jacob Pablo was brought before the Honorable Joaquin V.E. Manibusan, Jr. for an Initial Appearance and Arraignment relative to an Indictment charging him with <u>Counts I - IV</u>: Dealing in Firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D); <u>Count V</u>: Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 2; <u>Count VI:</u> Using and Carrying a Firearm During a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) & 2; and <u>Count VII:</u> Possession of a Machinegun, in violation 18 U.S.C. §§ 922(o)(1) & 924(a)(2).  Mr. Pablo's detention was continued and trial was set for February 8, 2007.  A Detention Hearing was held on December 20, 2007, after which Mr. Pablo was released on a personal recognizance bond and ordered to abide by the following conditions: report to the U.S. Probation Office as directed; maintain or actively seek employment; surrender his passport to the Clerk of Court; obtain no passport; not change residence without the approval of the U.S. Probation Office; refrain from possessing a firearm, destructive device or other dangerous weapons; refrain from any use of alcohol; refrain from any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner;  avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; submit to drug testing and treatment; refrain from obstructing or attempting to obstruct or tamper with prohibited substance testing or electronic monitoring; and comply with other conditions of probation occasioned by Superior Court of Guam

INFORMATIONAL REPORT
Violation of Pretrial Release Conditions; No Action Requested
Re:     PABLO, Gregory Jacob
USDC Cr. Cs. No. 06-00116-001
April 11, 2007
Page 2


CF92-04. On February 1, 2007, Mr. Pablo pled guilty to <u>Count VII</u>: Possession of a Machinegun, in violation 18 U.S.C. §§ 922(o)(1) & 924(a)(2) of the Indictment. The Court accepted his guilty plea and set sentencing for May 2, 2007. Mr. Pablo's release on the above conditions was continued. Mr. Pablo is alleged to have committed the following violations:

**Special Condition:** *The defendant shall refrain from use or any unlawful possession of a narcotic drug or other controlled substances, unless prescribed by a licensed practitioner (18 U.S.C. § 3142(c)(ix)).*

**Special Condition:** *The defendant shall submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. (18 U.S.C. § 3142(c)(xiv)).*

On March 19, 2007, Federal Public Defender John T. Gorman, notified this Officer that his client, Mr. Pablo, may be in local custody, relative to a violation of probation under Superior Court of Guam Criminal Case Number CF92-04. As outlined in the pretrial services report, Mr. Pablo is serving a five year term of probation in the Superior Court relative to a conviction for unlawful drug and firearms possession. On March 20, 2007, this Officer verified with Superior Court of Guam Probation Officer Maria Custudio that Mr. Pablo was ordered to a ten day detention sanction at the Department of Corrrections after testing positive for methamphetamine on March 16, 2007. Officer Custudio stated that Mr. Pablo admitted to the drug use.

On April 4, 2007, Mr. Pablo reported to the U.S. Probation Office for a compliance meeting to address his admitted drug use outlined above. He executed a drug use admission form for using the methamphetamine on March 15, 2007, one day prior to his drug test in the Superior Court. According to Mr. Pablo, he used the drug out of curiosity as he had not used the drug for quite some time. He apologized for his lack of judgement and assured of no further drug use. Mr. Pablo was then confronted about a documented failure to report for urinalysis on March 29, 2007. He confirmed that he was released from Superior Court detention on March 25, 2007, and could have attended the drug test. Mr. Pablo stated that he forgot to call the urinalysis bulletin as required because he was tending to his ill son. He could not explain why he did not call this Officer to explain his absence. Mr. Pablo was admonished for his violations and warned that continued non-compliant behavior would risk his continued release. He offered no reason why he could not return to full compliance. For the drug related violations above, Mr. Pablo was returned to day one, Phase I, of the substance abuse treatment and testing program.

INFORMATIONAL REPORT
Violation of Pretrial Release Conditions; No Action Requested
Re: PABLO, Gregory Jacob
USDC Cr. Cs. No. 06-00116-001
April 11, 2007
Page 3

**Supervision Compliance:** Mr. Pablo is presently unemployed. He has been unable to actively seek employment because of transportation problems and attendance requirements of both the U.S. District Court and the Superior Court of Guam. Except as otherwise reported, Mr. Pablo is in compliance with all pretrial release conditions.

**Recommendation:** This Officer respectfully recommends that the Court take no action at this time in order to allow Mr. Pablo to benefit from drug treatment presently ordered by the Court as a condition of release. His progress under treatment will be monitored and any further violations will be reported to the Court accordingly.

RESPECTFULLY submitted this 11th day of April 2007.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By  /s/ ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

 /s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Rosetta L. San Nicolas, AUSA
John T. Gorman, FPD
File