LEONARDO M. RAPADAS
United States Attorney
Department of Justice
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY -1 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00116 |
| Plaintiff, ) | |
| vs. ) | GOVERNMENT'S SENTENCING MEMORANDUM |
| GREGORY JACOB PABLO, ) | |
| Defendant. ) | |

Defendant Gregory Jacob Pablo is scheduled for Sentencing in the District Court of Guam on May 2, 2007 at 10:30 a.m. before the Honorable Frances Tydingco-Gatewood. The Government hereby submits this Sentencing Memorandum.

Defendant Gregory Jacob Pablo has a Total Offense Level of 21, and a Criminal History Category II. He faces a guideline imprisonment range from 41 to 51 months and is in Zone D of the Sentencing Table. He has pled guilty to the offense of Possession of a Machine Gun. The charges arise out of a series of firearm sales by the defendant to a Cooperating Individual. The defendant sold five firearms, specifically a Strurm Mini-14 Rifle, a Nornic MAK-90, a Lorcin pistol, a Cobray Street Sweeper, and a Universal rifle U.S. Carbine to a Confidential Informant. The Universal rifle U.S. Carbine was modified via a conversion kit to classify as a machine gun,

that is a gun which is capable of automatically shooting more than one shot without manual reloading, with a single function of the trigger.

Under the factors of 18 U.S.C. Section 3553, the Court is to impose a sentence sufficient, but not greater than necessary, to comply with the purposes of paragraph (2) of this subsection. The court, in determining the particular sentence to be imposed, shall consider -

    1) the nature and circumstances of the offense, and the history and characteristics of the defendant;

    2) the need for the sentence imposed -

    (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B) to afford adequate deterrence to criminal conduct;

    ( C) to protect the public from further crimes of the defendant, and

    (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner:

    3) The kinds of sentences available;

    4) the kinds of sentence and the sentencing range established for

    (A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines.

The considerations involved in imposing sentence also advise to take into account restitution, and unwanted sentence disparities among defendants with similar records who have been found guilty of similar conduct. Under 18 U.S.C. Section 3661, "No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."

The Government maintains that 51 months incarceration is the appropriate and reasonable sentence in this case.

2

Case 1:06-cr-00116 Document 20 Filed 05/01/2007 Page 2 of 4

### Nature and circumstances of the offense, and the History and Characteristics of the Defendant.

Defendant sold five firearms to a Cooperating Individual, one of which is a machine gun. The deadly nature of the machine gun indicates that the defendant has attained a level of sophistication in the handling, illegal possession, and sale of firearms. It also indicates that the defendant makes his livelihood through the sale of firearms and methamphetamine rather than through legitimate employment. The PreSentence report indicates that the defendant lost his employment as a maintenance worker in 2004 due to his criminal history. However the instant case arose out of facts in 2003.

### The Need to Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment for the Offense;

Defendant sold for profit one of the deadliest types of firearms - a machinegun. In order to reflect the seriousness of the offense, the Court must impose a appropriate penalty. The possession and sale of the machinegun indicate that the defendant has attained a level of sophistication in obtaining and then selling the firearms. Given the nature and circumstances of this offense, genuine respect for the law can be promoted by a term of imprisonment of 51 months.

### To Afford Adequate Deterrence to Criminal Conduct and To Protect the Public from Further Crimes of the Defendant;

The aim of a sentence of incarceration is twofold - to deter others from possessing deadly firearms, and to protect citizens of the United States from the defendant. The public must be protected from further violent crimes committed by the Defendant. A term of imprisonment is necessary to promote respect for the federal laws, to provide just punishment, to afford adequate

//
//
//

3

//

deterrence to criminal conduct, and to protect the public from further crimes. For these reasons, the Government requests that a term of imprisonment of 51 months be imposed.

RESPECTFULLY SUBMITTED this 1st day of May, 2007.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By: /s/ Rosetta L. San Nicolas
     ROSETTA L. SAN NICOLAS
     Assistant U.S. Attorney

4