# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00116-001          DATE: May 02, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:59:30 - 10:44:50
CSO: J. Lizama

**APPEARANCES:**
Defendant: Gregory Jacob Pablo      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent: Charles Sedberry, A.T.F.
U.S. Probation: Carleen Borja      U.S. Marshal: V. Roman / T. Muna
Interpreter:      Language:

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of 41 months. While in prison, the defendant shall participate in the 500 hour Intensive Drug Treatment Program.
- Court recommendation for incarceration at the Bureau of Prisons in Sheridan, Oregon.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 3 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Government's oral Motion to Dismiss Counts I thru VI was granted.
- Defense's oral motion for self-surrender to the U.S. Marshals Service on Guam was granted. Defendant ordered to self-surrender by 12 noon on 7/2/2007. In addition, defendant admonished to abide by his current release conditions.

NOTES: